UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHARON LAFAYETTE,

      Plaintiff,

v.                                           Case No:  6:16-cv-324-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY and SSA,

      Defendants.

## ORDER

This cause comes for consideration on Plaintiff Sharon Lafayette's Motion to Proceed In Forma Pauperis (the "Motion") (Doc. 2), which the Court referred to United States Magistrate Judge Thomas B. Smith for a report and recommendation. Upon consideration of Magistrate Judge Smith's Report and Recommendation (Doc. 4) and Lafayette's Response (Doc. 5), it is hereby **ORDERED and ADJUDGED** that the Report and Recommendation is **APPROVED and ADOPTED**. The Court will **CARRY** the Motion, and grant Lafayette until **April 1, 2016** to file an amended complaint that complies with the Report and Recommendation, at which point Magistrate Judge Smith shall reconsider the Motion.

**DONE AND ORDERED** at Orlando, Florida, this 16 day of March, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties